**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.J., a minor, by and through Bianca Jarvis, his parent and natural guardian<br>1409 Nicholson Street<br>Hyattsville, MD 20785<br><br>   *Plaintiffs*,<br><br>v.<br><br>Georgetown University Medical Center,<br>Individually and/or doing business as<br>Georgetown University Hospital<br>c/o President, Georgetown University<br>General Counsel<br>204 Healy, 37th and O Streets, NW<br>Washington, D.C. 20057<br>  -and-<br>Georgetown University Hospital<br>c/o President, Georgetown University<br>General Counsel<br>204 Healy, 37th and O Streets, NW<br>Washington, D.C. 20057<br>  -and-<br>Christian Macedonia, M.D.<br>8901 Wisconsin Avenue<br>Bethesda, MD 20889<br>  -and-<br>Lori A. Picco, M.D.<br>2142 K Street NW, Suite 808<br>Washington, DC 20037<br>  -and-<br>Phyllis M. Rattey, R.N.<br>8012 Glenside Drive<br>Takoma Park, MD 20912<br><br>   *Defendants*. | Civil Action No. 13-0283 |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendant, Christian Macedonia, M.D., by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 2679(d)(2). In support of this Notice, the following facts are relied upon:

1. Defendant is in receipt of a Summons and Complaint in the case of *M.J. v. Georgetown University Medical Center, et al.,* Civil Action No: 2013 CA 00033 M (D.C. Superior Ct.) in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"). A copy of the Summons and Complaint is attached hereto as Exhibit A.

2. Defendant is an officer or acting under an officer of the United States pursuant to 28 U.S.C. § 1442(a)(1). Thus, the Civil Action is properly before this Court.

3. Plaintiffs' Complaint alleges that Plaintiff M.J. suffered permanent injuries and suffered economic and non-economic damages as a result of the acts or omissions of Defendants during Plaintiff M.J.'s birth.

4. On the basis of the Complaint and other available information, Daniel F. Van Horn, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Christian Macedonia was a federal employee acting within the scope of his office or employment at the time of the allegations giving rise to the Complaint. (*See* Cert. of Daniel F. Van Horn, attached hereto as Exhibit B); 28 C.F.R. § 15.4. This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States of America should be substituted as the Defendant for Christian Macedonia in this civil action. In addition, the certification means that this action "shall be removed" to District Court, pursuant to 28 U.S.C. § 2679(d)(2).

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 2679(d)(2).

March 4, 2013

Respectfully submitted,

RONALD C. MACHEN JR.
D.C. Bar # 447889
United States Attorney
 for the District of Columbia

DANIEL F. VAN HORN,
D.C. Bar #924092
Chief, Civil Division

BY: _____/s/_____
JOHN J. GOWEL
D.C. Bar # 501185
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-9895
John.Gowel@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon the following:

>Bianca Jarvis, Individually and as Next Friend of MJ, a minor, Plaintiffs
>c/o Peter M. Villari, Esquire
>Villari, Breandes & Giannone, P.C.
>8 Tower Bridge
>161 Washington Street, Suite 400
>Conshohocken, PA 19428
>
>Georgetown University, Lori A. Picco, M.D., and Phyllis Rattey, R.N.
>c/o James P. Gleason, Jr., Esquire, and
>Joanna Jesperson, Esquire
>Gleason, Flynn, Emig & Fogleman, Chartered
>11 North Washington Street
>Suite 400
>Rockville, Maryland 20850

on this 4th day of March, 2013.

>/s/ *J. Gowel*
>JOHN J. GOWEL
>Special Assistant United States Attorney